UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARRILLO ORNELAS,<br><br>    Petitioner,<br><br>    v.<br><br>KERN COUNTY SUPERIOR COURT, et al.,<br><br>    Respondent. | 1:004-CV-6170 DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #22) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 4, 2005, respondent filed a motion to extend time to file an answer. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted until October 25, 2005 to file its answer.

IT IS SO ORDERED.

**Dated:   August 25, 2005**                        **/s/ Dennis L. Beck**
ah0l4d                                                                UNITED STATES MAGISTRATE JUDGE