IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CARRILLO ORNELAS,<br><br>    Petitioner,<br><br>    vs.<br><br>KERN COUNTY SUPERIOR COURT,<br><br>    Respondent.<br>_____/ | CASE NO. CV-F-04-6170 DLB HC<br><br>ORDER DISMISSING PETITION, WITHOUT PREJUDICE FOR FAILURE TO EXHAUST STATE COURT REMEDIES, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>[Doc. 28] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On December 7, 2005, the undersigned issued an order granting Respondent's motion to dismiss the instant petition as a "mixed" petition containing both exhausted and unexhausted claims.  (Court Doc. 28.)  Petitioner was advised of the two available options to either dismiss the entire petition, without prejudice, or dismiss only the unexhausted claims and proceed with the exhausted claims.  (Id.)  Petitioner has failed to respond to the Court's December 7, 2005, order.  To this end, Petitioner was advised that if he failed to respond to the Court's order, the entire petition would be dismissed, without prejudice.

///

///

1

1 | Accordingly, for the reasons set forth in the Court's December 7, 2005, the instant petition is
2 | DISMISSED, without prejudice, for failure to exhaust the state court remedies.  The Clerk of Court is
3 | directed to enter judgment; thus, terminating this action.

        IT IS SO ORDERED.

        Dated:    April 6, 2006                    /s/ Dennis L. Beck
3b142a                                      UNITED STATES MAGISTRATE JUDGE